# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4708

_____

STATE OF FLORIDA, DEPARTMENT
OF HIGHWAY SAFETY AND MOTOR
VEHICLES,

    Petitioner,

    v.

BRIAN ORLANDO HEATH,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 30, 2019

PER CURIAM.

In second-tier certiorari proceedings, this Court's review is limited to a determination of whether the circuit court "[1] afforded procedural due process and [2] applied the correct law." *City of Deerfield Beach v. Vaillant, 419 So. 2d 624, 626 (Fla. 1982)*; *see also Dep't of Highway Safety & Motor Vehicles v. Edenfield*, 58 So. 3d 904, 906 (Fla. 1st DCA 2011). Here, the Department did not assert a violation of procedural due process and it failed to demonstrate a violation of a clearly established principle of law which resulted in a miscarriage of justice. We, therefore, deny the Petition for Writ of Certiorari. *See Custer Med. Ctr. v. United Auto. Ins. Co.*, 62 So. 3d 1086 (Fla. 2010).

Petition DENIED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Christie S. Utt, General Counsel, and Elana J. Jones, Assistant General Counsel, for the Department of Highway Safety & Motor Vehicles, Tallahassee, for Petitioner.

Hoot Crawford, Panama City, for Respondent.

2